March 12, 2011

From: United States Bankruptcy Court, Northern District of Ohio

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Lavelle Maurice Davison, Case Number 11-50866, mss

**FILED**

2011 MAR 18 AM 11:55



U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AKRON

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** Cleveland Auto Liquidators, 245 Broadway Ave., Bedford, OH 44146
**Reason Undeliverable:** Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:**

_Banc Auto Liquidators 14550 Lorain Cleveland, Oh 44111_

**UNDELIVERABLE ADDRESS:** Huntington National Bank
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**

_Huntington Bank 3633 Kentucky Ave Indianapolis IN 46221_

_Lavelle Davison_                           _3/18/11_
Signature of Debtor or Debtor's Attorney     Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

1