November 23, 2011

From: United States Bankruptcy Court, Northern District of Ohio

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Lavelle Maurice Davison, Case Number 11-50866, mss

**TO THE DEBTOR:**

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated. Consult an attorney with any legal questions you might have.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) list each updated address below; 3) sign and date the form; and 4) file this form with the court.

---

**UNDELIVERABLE ADDRESS:** UNIVERSITY OF AKRON
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**
Clerk of Cashier Simmon's Hall Akron OH, 44325

**UNDELIVERABLE ADDRESS:** STATE OF OHIO
**Reason Undeliverable:** Incomplete address
**THE UPDATED ADDRESS PROVIDED IS:**
30 East Broad Street, Columbus OH 43215

**UNDELIVERABLE ADDRESS:** CBE Group, Re: Dominion East Ohio, 131 Tower Park Dr., Ste. 100, Waterloo, IA 50701
**Reason Undeliverable:** Forwarding address with USPS: 1309 TECHNOLOGY PKWY, CEDAR FALLS IA 50613-6976 Forwarding order has expired.
**THE UPDATED ADDRESS PROVIDED IS:**
Dominion East Ohio P.O. Box 5759 Cleveland, OH 44101-0759

_____  12/6/11
Signature of Debtor or Debtor's Attorney       Date

1